# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0546.  JANICE LONG-HATEF v. U.S. BANK, NA, AS TRUSTEE.

The magistrate court issued a writ of possession to U.S. Bank, NA, as Trustee against Janice Long-Hatef.  Long-Hatef filed a notice of appeal to the superior court, but the magistrate court dismissed the notice of appeal because she did not pay the costs.  Long-Hatef filed a motion for reconsideration of the dismissal, which the magistrate denied.  Long-Hatef then filed this application for discretionary appeal. We, however, lack jurisdiction.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11).  Here, the only order in the application materials is one issued by the magistrate court, which has not been reviewed by a state or superior court. Accordingly, this application is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/06/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.